Bradley M. Parsons, Esq. (BP8305)
**KROLL HEINEMAN CARTON, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NORTHEAST REGIONAL COUNCIL OF CARPENTERS, NORTHEAST CARPENTERS FUNDS and the TRUSTEES THEREOF, | ) ) ) | Hon. Civil Action No. 18- |
| Petitioners, | ) ) | **CIVIL ACTION** |
| v. | ) ) | **JUDGMENT** |
| OCEAN PACIFIC INTERIORS, INC., | ) ) ) | |
| Respondents. | ) | |

**THIS MATTER** having come before the Court by Kroll Heineman Carton, LLC (Bradley M. Parsons, Esq., appearing) pursuant to a Petition to Confirm Arbitration Award; the Court having fully and thoroughly considered the matter as well as any pleadings, motions, and oral argument of counsel; and a decision having been duly rendered by this Court;

**IT IS** on this 21st day of May 2018,

**ORDERED AND ADJUDGED** that Petitioners shall recover from Respondent Ocean Pacific Interiors, Inc., the sum of $36,602.98, plus court's filing fee in the amount of $400.00.

_____
Judge, United States District Court