

Metro Corporate Campus I
99 Wood Avenue South
Suite 307
Iselin, New Jersey 08830
Tel: 732-491-2100
Fax: 732-491-2120

A New Jersey Limited Liability Company

www.krollfirm.com

ATTORNEYS
Albert G. Kroll *
Raymond G. Heineman, Jr. ▶
Michael T. Carton ■
Bradley M. Parsons
Seth Ptasiewicz ▶
Jennifer Chang ▲
Amy E. Spekhardt ▲

BAR ADMISSIONS
† NJ & PA Bar
▲ NJ & NY Bar
* NJ, PA & DC Bar
■ NJ, NY & DC Bar
▶ NJ, NY & PA Bar

June 7, 2018

**VIA ELECTRONIC FILING**
Judge Madeline Cox Arleo (U.S.D.J.)
United States District Court
Martin Luther King Jr. Federal
Building & U.S. Courthouse
50 Walnut Street
Courtroom MLK 4A
Newark, New Jersey 07102

Re:  **Northeast Regional Council of Carpenters et al. v. Ocean Pacific Interiors, Inc.**

   Civil Action No.: 18-cv-8583 (MCA)(LDW)

Dear Judge Arleo:

This Firm represents Petitioners in connection with the above-referenced matter. Currently pending before the Court in this matter is the Petitioner's Motion to Confirm an underlying arbitration award. The Motion is currently returnable on June 4, 2018. I write to advise the Court that the above-captioned parties have agreed to settlement in principal of Petitioner's claims. Accordingly, I request that Petitioner's motion be adjourned one cycle, to June 18, 2018. Opposition would be due June 4, 2018 and Reply due June 11, 2018. Respondent's counsel consents to the adjournment request.

Very truly yours,

S/ *BRADLEY M. PARSONS*

BRADLEY M. PARSONS

BMP:bmp
Enclosure

cc:   Sarah Fask, Esq. (via electronic mail)

